MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

WILLIAM J. EDELMAN (CABN 285177)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    Email: william.edelman@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 14-36-NC |
| Plaintiff, | MOTION AND [PROPOSED] ORDER TO DISMISS INFORMATION |
| v. | |
| CHRISTOPHER MALLORY CATLETT, | |
| Defendant. | |

      Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, in light of Mr. Catlett's successful completion of his pretrial diversion program, and by leave of Court endorsed

//

//

//

//

//

//

1

1  hereon, the United States Attorney for the Northern District of California hereby dismisses the
2  captioned Information, with prejudice.

                                          MELINDA HAAG
                                          United States Attorney

7  Dated: June 11, 2015                 /s/ William J. Edelman
                                          WILLIAM J. EDELMAN
8                                          Special Assistant United States Attorney

11 Leave of court is granted to file the foregoing dismissal with prejudice.

13 Dated:    June 12, 2015              _____
                                          NATHANIEL COUSINS
14                                          U.S. Magistrate Judge

*[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED — Judge Nathanael M. Cousins]*

2

MOT. AND [~~PROPOSED~~] ORDER
TO DISMISS
NO. CR 14-36-NC